**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      In re Joseph Thomas Roberts

Appellate case number:    01-22-00786-CR & 01-22-00787-CR

Trial court case number:    20-DCR-0505 & 20-DCR-0506

Trial court:             344th District Court of Chambers County

Date motion filed:       November 7, 2022

Party filing motion:      Relator, Joseph Thomas Roberts

Relator, Joseph Thomas Roberts, has filed a motion for rehearing of this Court's November 1, 2022 opinion denying his petition for writ of mandamus. *See* TEX. R. APP. P. 49.1, 52.9.

It is ordered that the motion for rehearing is **denied**.


Judge's signature:   <u> /s/ April Farris     </u>
                            Acting for the Court

Panel consists of:  Justices Goodman, Countiss, and Farris.

Date:  <u>November 17, 2022</u>